Federal Court of the Western District of New York
Buffalo Division

David C. LeHicci
   Plaintiff

  -against-                      23-cv-309

Federal Bureau of Investagation
   Defendant          Summary Judgment

  The plaintiff moves for a summary Judgment for the full amount claimed In the action of 23-cv-309. The reason being Is there has Been no Disputes of the following Facts:

1. The charge Title 18 United States code 2423(b) was false and without probable cause.

2. Randall E. Garver Is mental unstable and Is a threat to the community by filing false charges, In which the plaintiff has suffered from.

3. Paul E. Bonanno has admitted since no deposition has been done as written In a previous motion that Randall E. Garver had also filed Title 18 United States code 2422(B) as a false charge and all of the Discovery In the governments possion was manufactured In order to colid with Randall E. Garver sick and twisted needs that

he has.

4. Randall E. Garver needs to be criminal charged for such criminal intent that he has shown.

Furthermore if this motion cannot be granted then the plaintiff demand that Judge Lawrence Joseph Vilardo recuse himself from this case for being prejudice towards the plaintiff in civil right being violated.

It also is agreed apond that both the government and David C. Lettieri state the indictment 21-cr-20 is now dismissed with prejudice and the government will not appeal any such matter since the whole case was involation to the plaintiffs rights.

Thank you,

C C

David C. Lettieri

Sworn to me on
September 18th, 2023

Scott K M——

SCOTT K. MENDOLA
Notary Public, State of New York
No. 01ME6052954
Qualified in Niagara County
My Commission Expires December 26, 2026